```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   NO. 1:02-MJ-02275
                                )
12              Plaintiff,      )   EX PARTE APPLICATION AND ORDER
                                )   TO DISMISS COMPLAINT
13       v.                     )
                                )
14  FELIX MENDOZA,              )
                                )
15              Defendant.      )
                                )
16
```

17   COMES NOW THE UNITED STATES OF AMERICA appearing through the
18 undersigned Assistant United States Attorney and moves this
19 Honorable Court for an order dismissing the complaint in the
20 above-referenced case and recalling the arrest warrant.
21   A complaint was signed and a warrant issued for the
22 defendant's arrest on or about October 7, 2002.  The defendant has
23 not been indicted on the charge in the complaint.  The government
24 respectfully requests that, in the interests of justice, the
25 //
26 //
27 //
28 //

above-entitled complaint be dismissed and the warrant recalled as to the defendant herein.

DATED: October 21, 2010

                                  Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  By: /s/ Laurel J. Montoya
                                  Assistant U.S. Attorney

<u>ORDER</u>

Upon application of the United States, and good cause having been shown therefor,

IT IS HEREBY ORDERED that the Complaint, bearing case number 1:02-mj-02275, and alleging a violation of 21 U.S.C. §§ 846 and 841(a)(1), is hereby DISMISSED as to defendant Felix Mendoza. The arrest warrant issued for this defendant is ordered recalled.

IT IS SO ORDERED.

Dated: **October 25, 2010**                      /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE